<pre>                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF VIRGINIA
                           ROANOKE DIVISION</pre>

| | |
|---|---|
| LATIF RASHE'D, | |
|     Plaintiff, | Civil Action No. 7:08-cv-00333 |
| v. | **FINAL ORDER** |
| JEFFERY N. DILLMAN, WARDEN, et. al., | By: Hon. James C. Turk |
|     Defendants. | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of May, 2008.

                                                        /s/ James C. Turk
                                                      Senior United States District Judge

<pre>CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 02 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk</pre>